IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERE T. JONES and TERI JONES**                                                    **PLAINTIFFS**

v.                                      **3:11-CV-00172-BRW**

**JPMORGAN CHASE BANK NA**
**f/k/a CHASE HOME FINANCE LLC.**                                           **DEFENDANT**

**ORDER**

Pending is a Joint Motion to Consolidate for Hearing and Coordinated Briefing Schedule (Doc. No. 13). The parties seek to consolidate 5 cases: 3 cases that are on appeal from bankruptcy,[1] a case seeking class certification,[2] and a separate case filed on behalf of a single plaintiff.[3] At this time, consolidation of this case with the others is not appropriate and would not serve the interests of judicial economy. Therefore, the Motion is DENIED.

IT IS SO ORDERED this 22nd day of December, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 3:11-cv-249-BRW, 3:11-cv-250-BRW, and 3:11-cv-251-BRW.

[2] 3:11-cv-198-BRW.

[3] 3:11-cv-172-BRW.