IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERE T. JONES and TERI JONES                                    PLAINTIFFS

v.                              3:11-CV-00172-BRW

JPMORGAN CHASE BANK NA
f/k/a CHASE HOME FINANCE LLC.                                   DEFENDANT

## ORDER

Pending is Plaintiffs' Motion and Memorandum in Support of Motion to Extend Time (Doc. No. 21). After a review of the Motion, the Motion is GRANTED. Plaintiffs are directed to file their Response to Defendant's Motion for Judgment on the Pleadings by 5:00 p.m., Friday, March 16, 2012. The Defendant may file a reply by 5:00 p.m., Friday, March 23, 2012.

IT IS SO ORDERED this 14th day of March, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE