## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERE T. JONES  PLAINTIFFS
and TERI JONES

v.  No. 3:11CV00172 JLH

JPMORGAN CHASE BANK, N.A.  DEFENDANT

### ORDER

Pursuant to the Memorandum Opinion entered separately today, the motion for judgment on the pleadings filed by JPMorgan Chase Bank, N.A., is GRANTED. Document #17. This action is hereby dismissed without prejudice. If the Joneses wish to file an amended complaint, they should file a motion for leave to amend within thirty days from the entry of this Order. If they file such a motion, JPMorgan Chase Bank may respond within the time provided by Local Rule 7.2. If a motion for leave to amend is not filed, the Court will assume that the Joneses have decided to stand on their pleadings and will enter final judgment dismissing the complaint with prejudice, so that an appeal may be taken.

IT IS SO ORDERED this 11th day of May, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT COURT