# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERE T. JONES                                                                                                    PLAINTIFFS
and TERI JONES

v.                                         No. 3:11CV00172 JLH

JPMORGAN CHASE BANK, N.A.                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion entered on May 11, 2012, judgment is entered in favor of JPMorgan Chase Bank, N.A.  This action is dismissed with prejudice.

DATED this 18th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT